# IN THE SUPREME COURT OF THE STATE OF DELAWARE

THE FIRE AND POLICE PENSION §
FUND, SAN ANTONIO, §
§
    Plaintiff-Below, §
    Appellant, §
§
    v. §
§
ARRIS GROUP INC., §
§
    Nominal Defendant-Below, §
    Appellee. §

No. 131, 2015

Court Below - Court of Chancery
of the State of Delaware

C.A. No. 10078-VCG

Submitted: October 14, 2015
Decided: October 15, 2015

Before **STRINE**, Chief Justice, **HOLLAND, VALIHURA, VAUGHN** and **SEITZ** Justices.

## ORDER

This 15th day of October 2015, the Court having considered this matter after oral argument and on the briefs filed by the parties has determined that the final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its bench ruling dated February 25, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

Justice